United States Court of Appeals
Fifth Circuit

**F I L E D**

May 9, 2006

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10198
_____

JOHN H. CARNEY; JAMES R. FISHER,

Plaintiffs-Appellants,

versus

UNITED STATES OF AMERICA; ET AL.,

Defendants,

UNITED STATES OF AMERICA; OFFICE OF THRIFT SUPERVISION;
FEDERAL BUREAU OF INVESTIGATION, One or more unknown
officials of the Department of Justice, Federal Bureau of
Investigation; FRED TEED; ROLF D. COBURN, also known as Rolf
Nordstrom; KAREN BRUTON; KEN KLEIN; RICHARD RICCABONO;
VINCENT G. FAZZIO; JENNIFER GANT; BRAD LAMBERT; RICHARD H. KAMP;
PAMELA I. DEMPSEY; JACK HINTON; EDWARD KRAMER,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Texas
No. 3:99-CV-1989-M

_____

Before JONES, Chief Judge, and BARKSDALE and BENAVIDES, Circuit
Judges.

PER CURIAM:[*]

This court, having carefully reviewed the parties' briefs
and pertinent portions of the record in light of the parties' oral
arguments, concludes there is no reversible error in the district
court's essential findings of fact and conclusions of law.  We

_____

[*]     Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

therefore AFFIRM the final judgment of the district court essentially for the reasons stated in its controlling opinions.

**AFFIRMED.**